## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

|  |  |  |
|---|---|---|
| LORANDA VEIS, and MEFAIL SERIFOSKI, | ) | Case No.: 20-cv-1604 |
|  | ) |  |
| Plaintiffs, | ) |  |
| v. | ) | **STIPULATION TO DISMISS** |
|  | ) |  |
| MALM & LAFAVE, S.C., and SWEENEY | ) |  |
| WELL DRILLING & PUMPS, INC., | ) | Hon. J.P. Stadtmueller |
|  | ) |  |
| Defendants. | ) |  |

Plaintiffs Loranda Veis and Mefail Serifoski, by counsel, Ademi LLP, and Defendants

Malm & LaFave, S.C. and Sweeney Well Drilling & Pumps, Inc., by counsel, , hereby stipulate,

pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendants are

dismissed with prejudice and without costs to any party. No certified class presently exists in this

case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of

Civil Procedure does not apply.

Respectfully submitted this 17th day of June 2021.

**ADEMI LLP**

/s/ John D. Blythin
John D. Blythin (SBN 1046105)
3620 East Layton Avenue
Cudahy, WI 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
E-mail: jblythin@ademilaw.com

*Attorneys for Plaintiff*

**VON BRIESEN & ROPER, S.C.**

Terry E. Johnson
Terry E. Johnson (SBN 1016704)
411 E Wisconsin Ave., Suite 1000
Milwaukee, WI 53202
Phone No: (414) 276-1122
Fax No: (414) 276-6281
E-mail: tjohnson@vonbriesen.com

*Attorney for Defendant*

1