# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LORANDA VEIS and MEFAIL SERIFOSKI,

        Plaintiffs,

v.

MALM & LAFAVE, S.C. and SWEENEY WELL DRILLING AND PUMPS, INC.,

        Defendants.

Case No. 20-CV-1604-JPS

**ORDER**

On October 21, 2020, Plaintiffs filed a complaint alleging violations of the Fair Debt Collection Practices Act and the Wisconsin Consumer Act by Defendants. (Docket #1). On June 17, 2021, all parties who have appeared in this case signed and filed a stipulation of dismissal of this action in its entirety with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket #9). The Court will adopt the parties' stipulation.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #9) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 24th day of June, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge